DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ASHLEY RIERSON,**
Appellant,

v.

**PROGRESSIVE SELECT INSURANCE COMPANY,**
Appellee.

No. 4D2025-0586

[May 7, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James W. Sherman, Judge; L.T. Case No. 502011CA017400XXXXMB.

Henry A. Seiden of Seiden Law, Boynton Beach, for appellant.

Valerie Anne Dondero and Barbara Elizabeth Fox of Kubicki Draper, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***